In the Matter of PEERLESS CASUALTY COMPANY, Respondent, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Appellant.

Argued January 18, 1943; decided March 4, 1943.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* and *Thomas W. A. Crowe* of counsel), for appellant.

*Joseph A. Solovei* and *Murray Brensilber* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.